John E. Lord (Bar No. 216111)
Email: jlord@onellp.com
ONE LLP
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile:  (310) 943-2085

Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff,
TECHNE NETWORK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNE NETWORK, INC., a Nevada corporation,<br><br>           Plaintiff,<br><br>v.<br><br>PATRICK SEILSOPOUR, an individual; NEUTON TECHNOLOGY, LLC; a Nevada limited liability company; and DOES 1-10, inclusive.<br><br>           Defendants. | Case No.  8:15-cv-1801<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Techne Network, Inc. ("Techne" or "Plaintiff"), by and through its attorneys of record, complains against Patrick Seilsopour ("Seilsopour"), Neuton Technology, LLC ("Neuton") and DOES 1-10 (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3. Techne is a Nevada corporation, with its principal place of business in Orange County, California. Techne is owned and operated by a well-known and highly respected software engineer, developer and programmer named Thien Nguyen, whose résumé includes director-level positions at high impact technology companies such as Experian and LiveOffice.

4. Plaintiff is informed and believes and, upon such, alleges that Defendant Seilsopour is an individual residing in Orange County, California.

5. Plaintiff is informed and believes and, upon such, alleges that Defendant Neuton is a Nevada limited liability company.

6. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the

Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

7. This action involves the unauthorized reproduction and use by Defendants of the Connector and Parking Lot software and underlying source code created, written, developed, and owned by Techne (hereafter "Techne's Copyrighted Content").

8. The Techne Copyrighted Content was developed by Techne. The Techne Copyrighted Content consists of "connector" software that assists in the standardization and migration from NearPoint archives to non-proprietary PST. The Techne Copyrighted Content also consists of "parking lot" software which acts a repository where companies' clients can store, search, and manage their data.

9. Techne has registered for copyrights in the code, documentation, specifications, libraries and other materials that make up the Techne Copyrighted Content. The Techne Copyrighted Content have been timely registered with the United States Copyright Office, including those attached at Exhibit A.

10. Without consent, authorization, approval, or license, Defendants, upon information and belief, knowingly, willingly, and unlawfully copied, prepared, published, and distributed Techne's Copyrighted Content, portions thereof, or derivative works and continue to do so.

## FIRST CLAIM FOR RELIEF
### (**Copyright Infringement, 17 U.S.C. § 501**)
**(against all Defendants)**

11. Plaintiff hereby restates and realleges the allegations in paragraphs 1 through 10 above.

12. Plaintiff is the rightsholder to the copyrights to Techne's Copyrighted Content, which substantially consist of wholly original material that constitutes copyrightable

1  subject matter under the laws of the United States.  Plaintiff has complied in all respects
2  with the Copyright Act and all of the laws of the United States governing copyrights.
3       13.    Defendants have directly, vicariously and/or contributorily infringed, and
4  unless enjoined, will continue to infringe Techne's copyrights by reproducing, displaying,
5  distributing and utilizing the Copyrighted Works for purposes of trade in violation of 17
6  U.S.C. § 501 *et seq.*
7       14.    Defendants, on information and belief, have willfully infringed, and unless
8  enjoined, will continue to infringe Techne's Copyrighted Content by knowingly
9  reproducing, displaying, distributing and utilizing Techne's Copyrighted Content for
10  purposes of trade.
11       15.    Defendants have received substantial benefits in connection with the
12  unauthorized reproduction, display, distribution and utilization of Techne's Copyrighted
13  Content for purposes of trade.
14       16.    The actions of Defendants were and are continuing to be performed without
15  the permission, license or consent of Techne.
16       17.    The wrongful acts of Defendants have caused, and are causing, great injury to
17  Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains
18  Defendants from further commission of said acts, Techne will suffer irreparable injury, for
19  all of which it is without an adequate remedy at law.  Accordingly, Plaintiff seeks a
20  declaration that Defendants are infringing Techne's copyrights and an order under 17
21  U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.
22       18.    As a result of the acts of Defendants alleged herein, Techne has suffered and is
23  suffering substantial damage to its business in the form of diversion of trade, loss of profits,
24  injury to goodwill and reputation, and the dilution of the value of its rights, all of which are
25  not yet fully ascertainable.
26       19.    Techne is entitled to actual damages in an amount to be proven at trial for the
27  infringement of all works at issue.
28

20. Plaintiff is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. That the Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from continued acts of infringement of the copyrights at issue in this litigation;

2. That an accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

3. The Defendants be required to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

4. For actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

5. That Defendants be held liable for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505; and

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

///
///
///
///

1  Dated:  November 4, 2015              **ONE LLP**

                                          By: <u>/s/John E. Lord</u>
                                               John E. Lord
                                               Peter R. Afrasiabi
                                               Attorneys for Plaintiff,
                                               TECHNE NETWORK, INC.

## **DEMAND FOR JURY TRIAL**

Plaintiff Techne Network, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated:  November 4, 2015          **ONE LLP**

By: /s/John E. Lord
    John E. Lord
    Peter R. Afrasiabi
    Attorneys for Plaintiff,
    TECHNE NETWORK, INC.

7
**COMPLAINT**

# EXHIBIT A

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2735005671

## Mail Certificate

One LLP
Joanna Ardalan
9301 Wilshire Boulevard
Beverly Hills, CA 90210 United States

**Priority:** Routine          **Application Date:** September 24, 2015

## Correspondent

**Organization Name:** One LLP
**Name:** Joanna Ardalan
**Email:** jardalan@onellp.com
**Telephone:** (310)437-8665
**Alt. Telephone:** (310)437-8665
**Address:** 9301 Wilshire Boulevard
Penthouse
Beverly Hills, CA 90210 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Connector and Parking Lot software

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 20, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Techne Network Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Techne Network Inc.
1416 S Adria Street, Anaheim, CA, 92802, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Techne Network, Inc.
**Address:** 1416 S Adria Street
Anaheim, CA 92802 United States

## Certification

**Name:** Joanna Ardalan (CA SBN 285384)
**Date:** September 24, 2015